# United States District Court
## For The Western District of North Carolina
### Asheville Division

TICO LOMBARD FLEMING,

                Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                    CIVIL CASE NO. 1:08cv520
                                    [Criminal Case No. 1:07cr33-4]

UNITED STATES OF AMERICA,

                Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/10/2012 Memorandum of Decision and Order.

Signed: January 10, 2012

Frank G. Johns, Clerk
United States District Court